IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MELISSA SONNIER, *Plaintiff*, | § § § | |
| VS. | § § | CIVIL ACTION NO. 1:21-CV-00367 JUDGE MICHAEL J. TRUNCALE |
| | § | |
| UNITED PARCEL SERVICE, INC ET AL. *Defendants*. | § § § § | |

## AGREED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Melissa Sonnier and Defendants United Parcel Service, Inc. (Ohio) and Cory Thibodeaux file this Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule 41(a)(1)(ii). The parties agree that this action shall be, and hereby is, **dismissed with prejudice**. Each party shall bear its own costs.

Plaintiff and Defendants respectfully request the Court enter the attached Order of Dismissal. This Motion and the attached Order of Dismissal are agreed to as to form and substance by all parties.

Agreed:

Plaintiff,

MELISSA SONNIER
By her attorney,


/s/*Cody A. Dishon*
Cody A. Dishon
State Bar No. 24082113
THE FERGUSON LAW FIRM LLP
350 Pine Street, Suite 1440
Beaumont, Texas 77701
Tel.: (409)832-9700
Fax: (409)832-9708
cdishon@thefergusonlawfirm.com
jburkett@thefergusonlawfirm.com
jcabanillas@thefergusonlawfirm.com

Defendants,

UNITED PARCEL SERVICE, INC. and CORY THIBODEAUX
By its attorneys,

/s/ *Thomas N. Cammack, III*
Thomas N. Cammack, III
State Bar No.24073762
Christine E. Reinhard
Texas Bar No. 24013389
Shannon B. Schmoyer
State Bar No. 17780250
SCHMOYER REINHARD LLP
8000 IH 10 West, Suite 1600
San Antonio, TX 78230
Tel: (201) 447-8033
Fax: (201) 447-8036
tcammack@sr-llp.com
creinhard@sr-llp.com
sschmoyer @sr-llp.com

2

## **CERTIFICATE OF SERVICE**

On May 4, 2022, a true and correct copy of this document was filed electronically, with notice of the filing served on all counsel of record and parties registered with the Court's electronic filing system. All parties may access this filing through the Court's electronic filing system.

*/s/ Thomas N. Cammack, III*
Thomas N. Cammack, III
