IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MELISSA SONNIER, § § *Plaintiff*, § § v. § § UNITED PARCEL SERVICE, INC. § ET AL. § § *Defendants*. § | CIVIL ACTION NO. 1:21-CV-00367 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Agreed Joint Stipulation of Dismissal with Prejudice. [Dkt. 14]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the Parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all pending motions in this matter are **DENIED AS MOOT**.

**SIGNED this 4th day of May, 2022.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge